**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION a Texas reciprocal inter-insurance exchange, </br></br>Plaintiff, </br></br>v. </br></br>WELLS FARGO BANK, N.A., a national banking association, </br></br>Defendant. | Civil Action No. 2:18-CV-366 (JRG) </br></br>JURY TRIAL DEMANDED |

## USAA AND WELLS FARGO'S JOINT MOTION TO AMEND DOCKET CONTROL ORDER IN 366 CASE

The Parties jointly ask the Court to amend the Court's Docket Control Order, Dkt. No. 29, as follows.

| Deadline | Current | Proposed |
|---|---|---|
| Opening reports / close of fact discovery | August 23, 2019 | September 20, 2019 |
| Rebuttal reports | September 13, 2019 | October 11, 2019 |
| Close of expert discovery / dispositive motions /*Daubert* motions | September 30, 2019 | October 25, 2019 |

The Parties are currently litigating the above-captioned case as well as Case No 2:18-cv-245-JRG ("the 245 Case"), which is set for trial on November 4, 2019. The parties have been coordinating discovery between both cases in an effort to promote judicial economy. Because of scheduling conflicts on the part of some of the witnesses and the need to finalize discovery in the 245 case, the parties have agreed, if the Court approves, to extend the deadline in the 366 case for fact discover, opening expert reports, and rebuttal expert reports.

1

The parties also request an extension of the time to file dispositive and *Daubert* motions. There is good cause for the Parties' requested extension. Under the current Docket Control Order for this case, the Deadline to File Dispositive Motions and the Deadline to File Motions to Strike Expert Testimony (including *Daubert* Motions) is September 30, 2019 (Dkt. No. 29). The deadline in the 245 case to File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations is also September 30th (see Dkt. 126 in 245 case). Given the extensive amount of time needed by both parties to compile the joint pretrial order, jury instructions, verdict form, and other items that will be attached to the proposed pretrial order, as well as the need for additional time to complete fact discovery and conclude expert reports in this case, the parties request additional time to file *Daubert* and dispositive motions until October 25.

The proposed extension will not affect any other case deadlines and it is not sought for the purpose of delay.

Respectfully submitted,

**PARKER, BUNT & AINSWORTH, P.C.**

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
Texas State Bar No. 00787165
Charles Ainsworth
Texas Bar No. 00783521
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Tel. (903) 531-3535
Fax (903) 533-9687
charley@pbatyler.com
rcbunt@pbatyler.com

**IRELL & MANELLA LLP**
Jason Sheasby (CA #205455), *pro hac vice*

Anthony Rowles (CA #301209), *pro hac vice*
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199
jsheasby@irell.com
trowles@irell.com

**Attorneys for Plaintiff United Services Automobile Association (USAA)**


By: */s/ Danielle T. Williams (with permission)*
Thomas M. Melsheimer
TX Bar No. 13922550
tmelsheimer@winston.com
Michael A. Bittner
TX Bar No. 24064905
mbittner@winston.com
J. Travis Underwood
TX Bar No. 24102587
tunderwood@winston.com
**Winston & Strawn LLP**
2121 North Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500 – Telephone
(214) 453-6400 – Facsimile

E. Danielle T. Williams
NC Bar No. 23283
dwilliams@winston.com
**Winston & Strawn LLP**
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
(704) 350-7700 – Telephone
(704) 350-7800 – Facsimile

Matthew R. McCullough
CA Bar No. 301330
mrmccullough@winston.com
**Winston & Strawn LLP**
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
(650) 858-6500 – Telephone
(650) 858-6550 – Facsimile

>Jack Wesley Hill
>TX Bar No. 24032294
>wh@wsfirm.com
>**Ward, Smith & Hill, PLLC**
>P.O. Box 1231 1507 Bill Owens Parkway
>Longview, Texas 75606-1231
>(903) 757-6400 (telephone)
>(903) 757-2323 (facsimile)
>
>*Counsel for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 16, 2019 a true and correct copy of the foregoing was served to all counsel of record via CM/ECF.

>*/s/ Robert Christopher Bunt*
>ROBERT CHRISTOPHER BUNT