# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION a Texas reciprocal inter-insurance exchange, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., a national banking association, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 2:18-CV-366 (JRG) ) ) JURY TRIAL DEMANDED ) ) ) ) |

## NOTICE OF ACTIVITY IN RELATED COVERED BUSINESS METHOD PATENT REVIEW PROCEEDINGS

Plaintiff United Services Automobile Association ("USAA") hereby provides the following notice to the Court of co-pending proceedings before the Patent Trial and Appeal Board ("PTAB") with respect to U.S. 9,224,136 B1 ("the '136 Patent"), U.S. 10,013,605 B1 ("the '605 Patent") and U.S. 10,013,681 B1 ("the 681 Patent").

On October 1, 2019, the PTAB issued its Decision Denying Institution of Covered Business Method Patent Review of the '136 Patent in Case No. CBM2019-00027, the '605 Patent in Case No. CBM2019-00029 and the '681 Patent in Case No. CBM2019-00028 filed by Defendant. Attached hereto are the following:

- Exhibit 1 is a true and correct copy of the decision regarding the '136 Patent;
- Exhibit 2 is a true and correct copy of the decision regarding the '605 Patent; and
- Exhibit 3 is a true and correct copy of the decision regarding the '681 Patent.

Respectfully submitted,

**PARKER, BUNT & AINSWORTH, P.C.**

*/s/ Robert Christopher Bunt*

Robert Christopher Bunt
Texas State Bar No. 00787165
Charles Ainsworth
Texas Bar No. 00783521
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Tel. (903) 531-3535
Fax (903) 533-9687
charley@pbatyler.com
rcbunt@pbatyler.com

**IRELL & MANELLA LLP**

Jason Sheasby (CA #205455), *pro hac vice*
Anthony Rowles (CA #301209), *pro hac vice*
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199
jsheasby@irell.com
trowles@irell.com

**Attorneys for Plaintiff United Services Automobile Association (USAA)**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 3, 2019 a true and correct copy of the foregoing was served to all counsel of record via CM/ECF.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT