**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCICATION | § § § | |
| v. | § § | Case No. 2:18-CV-366-JRG |
| WELLS FARGO BANK, N.A. | § § | |

## ORDER

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules for the assignment of duties to United States magistrate judges, the Court hereby **REFERS** this case to the Honorable Roy S. Payne for all pretrial purposes.

**So ORDERED and SIGNED this 13th day of November, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE